UNITED STATES BANKRUPTCY COURT
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

| | |
|---|---|
| IN RE: | * |
| | * |
| GARMONYU MOSES | *   Case No.: 09-28776-DK |
| | * |
| Debtor | *   Chapter 13 |
| | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OBJECTION TO LATE CLAIM**
(Claim No. 14)

Gerard R. Vetter, Trustee, files this Objection to the claim filed by State ECU, (the "Claimant") and, for cause, states:

1. Claimant filed its proof of claim (the "Claim") in this Chapter 13 case on March 3, 2010.

2. The last date for filing claims in this case was 02/03/2010 as established by Bankruptcy Rule 3002(c) and the Order and Notice of Chapter 13 Filing sent to all creditors.

3. The Claim was filed after the bar date in the case.

WHEREFORE, the Trustee requests this court to disallow the Claim described in this Objection, and to grant such other and further relief as is just.

Respectfully submitted,

Date:   May 13, 2010            /s/  Gerard R. Vetter
                                Gerard R. Vetter
                                Chapter 13 Trustee
                                100 S. Charles Street, Suite 501
                                Tower II
                                Baltimore, Maryland 21201-2721
                                Phone: (410) 400-1333
                                Fax: (410) 400-1301
                                E-mail:  amandaj@grvch13.com

**TO THE CLAIMANT: TAKE NOTICE THAT, UNLESS YOU WISH TO RELY SOLELY ON YOUR PROOF OF CLAIM, UNDER LOCAL BANKRUPTCY RULE 3007-1(a), YOU HAVE 30 DAYS FROM THE DATE OF THE CERTIFICATE OF SERVICE BELOW TO FILE AND SERVE ON THE TRUSTEE AN OPPOSITION TO THIS OBJECTION (TOGETHER WITH ANY DOCUMENTS AND TOGETHER WITH EVIDENCE IN SUPPORT OF THE CLAIM), AND TO REQUEST A HEARING, IF DESIRED.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 13, 2010 copies of the aforegoing Objection to Claim and proposed Order were sent electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court and/or by first class mail, postage prepaid, to:

Garmonyu Moses
34 Ojibway Road
Randallstown, MD 21133

Adam M. Freiman, Esq
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Rd Ste 360 E
Baltimore, MD 21208
Counsel for Debtor

State ECU
ATTN: Bonnie Bass
971 Corporate Blvd.
Linthicum, MD 21090-2342

**Via Certified Mail – Return Receipt Requested**
State Employees Credit Union of Maryland
Attn: Rod Staatz, President
971 Corporate Blvd.
Linthicum, MD 21090-2342

/s/ Gerard R. Vetter
Gerard R. Vetter, Trustee